# UNITED STATES DISTRICT COURT
## District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA | DISMISSAL ORDER |
| v. | |
| Natarajan Chidambaram | Violation No.<br>NJ 10- 2187278<br>NJ 10- 2187279 |

    Under Rule 48(a) of the Federal Rules of Criminal Procedure and by the leave of court endorsed hereon, the United States Attorney for the District Court of New Jersey hereby dismisses Violation number NJ 10- 2187278 and Violation number NJ 10 - 2187279: Unlawful Possession of Weapon, in violation of N.J.S.A. 2C:39-5 on June 28, 2014; and against the defendant for the reason that prosecution of the defendant has been declined because the defendant has entered into an agreement with the Pre-Trial Services Division.

    The dismissal is without prejudice.

_____
Kurt W. Perhach
Special Assistant United States Attorney

Leave of the court is granted for filing of the forgoing dismissal.

DATE: 10/30/14

_____
Honorable Anthony R. Mautone
United States Magistrate Judge